UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61565-RAR

**LAND TRUST SERVICE CORPORATION**, *et al.*,

    Plaintiffs,

v.

**MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC.**, *et al.*,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon Magistrate Judge Jared M. Strauss's Report and Recommendation [ECF No. 60] ("Report"), filed on March 21, 2022. The Report recommends that the Court **REMAND** the case based on a finding that Plaintiffs lack standing and **DENY** Veripro, MERS, and BANA'S Joint Motion to Dismiss Complaint [ECF No. 55] ("Joint Motion to Dismiss") as **MOOT**. *See* Report at 1–2. The time for objections has passed, and there are no objections to the Report.

When a magistrate judge's "disposition" has properly been objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). However, when no party has timely objected, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72 advisory committee's notes (citation omitted). Although Rule 72 itself is silent on the standard of review, the Supreme Court has acknowledged Congress's intent was to only require a *de novo* review where objections have been properly filed, not when neither party objects. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate [judge]'s

factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). In any event, the "[f]ailure to object to the magistrate [judge]'s factual findings after notice precludes a later attack on these findings." *Lewis v. Smith*, 855 F.2d 736, 738 (11th Cir. 1988) (citing *Nettles v. Wainwright*, 677 F.2d 404, 410 (5th Cir. 1982)).

Because there are no objections to the Report, the Court did not conduct a *de novo* review. Rather, the Court reviewed the Report for clear error. Finding none, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report [ECF No. 60] is **AFFIRMED AND ADOPTED**.

2. Defendants' Joint Motion to Dismiss [ECF No. 55] is **DENIED** as **MOOT**.

3. The Clerk is directed to **REMAND** this case to the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.

4. The Clerk shall **CLOSE** this case.

5. Any pending motions are hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 5th day of April, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:   Counsel of record
      Magistrate Judge Jared M. Strauss